A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Jan 22, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 07, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ZICAM COLD REMEDY MARKETING,
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL No. 2096

(SEE ATTACHED SCHEDULE)

☒ FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 2 2 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**CONDITIONAL TRANSFER ORDER (CTO-4)**

On October 9, 2009, the Panel transferred eight civil actions to the United States District Court for the District of Arizona for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp. 2d___ (J.P.M.L. 2009). Since that time, 28 additional actions have been transferred to the District of Arizona. With the consent of that court, all such actions have been assigned to the Honorable Frederick J. Martone.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Arizona and assigned to Judge Martone.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Arizona for the reasons stated in the order of October 9, 2009, and, with the consent of that court, assigned to the Honorable Frederick J. Martone.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Arizona. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jan 22, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on 1·22·10
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

_____ Deputy

IN RE: ZICAM COLD REMEDY MARKETING,
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION          MDL No. 2096

## SCHEDULE CTO-4 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**         **CASE CAPTION**

**CALIFORNIA NORTHERN**
  CAN 3 09-5512          Andrew R. Neilson v. Matrixx Initiatives, Inc., et al.

**FLORIDA SOUTHERN**
  FLS 0 09-61848         Lana Eichel v. Matrixx Initiatives, Inc.
  FLS 1 09-23735         Sharon Davis, et al. v. Matrixx Initiatives, Inc., et al.

**HAWAII**
  HI 1 09-604            Mark Kwiatkowski v. Matrixx Initiatives, Inc., et al.
  HI 1 09-607            Tamela Wilcox v. Matrixx Initiatives, Inc., et al.

**IDAHO**
  ID 2 09-624            Mumtaz A. Fargo v. Matrixx Initiatives, Inc., et al.

**ILLINOIS NORTHERN**
  ILN 1 09-7225          Brandon Webb, et al. v. Matrixx Initiatives, Inc., et al.

**MINNESOTA**
  MN 0 09-3207           Quint Bridenstine v. Matrixx Initiatives, Inc., et al.

**NEW YORK EASTERN**
  NYE 2 09-5268          Marianne Woods, et al. v. Matrixx Initiatives, Inc., et al.

**TENNESSEE EASTERN**
  TNE 3 09-536           William J. Reich v. Matrixx Initiatives, Inc., et al.

**TEXAS SOUTHERN**
  TXS 4 09-3682          Johnny Mikolas v. Matrixx Initiatives, Inc., et al.